■ BETTY IORIO, Individually and as Administratrix of the Estate of Carmine Iorio, Deceased, Respondent, v COUNTY OF NASSAU et al., Defendants, and HAROLD W. PEARSON et al., Appellants. In a medical malpractice action to recover damages for wrongful death and conscious pain and suffering, the defendant physicians appeal from an order of the Supreme Court, Nassau County, entered July 10, 1975, which denied their motion to dismiss the complaint. Order affirmed, with $50 costs and disbursements. The order under review should be affirmed for the reasons set forth in *Schiavone v County of Nassau* (51 AD2d 980). Rabin, Acting P. J., Martuscello, Latham, Margett and Shapiro, JJ., concur.

■ In the Matter of MALCOLM AUSTIN, Appellant, v LEON J. VINCENT, as Superintendent, Green Haven Correctional Facility, et al., Respondents.— Judgment of the Supreme Court, Dutchess County, dated December 12, 1974, affirmed, without costs or disbursements (see *Matter of Rosati v Grenis,* 50 AD2d 818). Hopkins, Acting P. J., Martuscello, Cohalan, Margett and Rabin, JJ., concur.